IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK BRETT,** | : | No. 1:15–cv-2438 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **CHUCK WINGATE, <u>et al.</u>,** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is the March 22, 2016 Report and Recommendation of Magistrate Judge Mehalchick. (Doc. No. 8.) No timely objections have been filed.

**AND NOW**, on this 12th day of April 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The Court adopts the Report and Recommendation (Doc. No. 8) of Magistrate Judge Mehalchick;

2) All federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(I);

3) All remaining state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff refiling those claims in state court pursuant to 28 U.S.C. § 1367(c)(3);

4) Leave to amend is **DENIED** as futile; and

5) The Clerk of Court shall **CLOSE** this case.

S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania